THE PEOPLE *v.* BENÍTEZ.

APPEAL from the District Court of Mayagüez.

No. 17.—Decided January 26, 1905.

APPEAL—BILL OF EXCEPTIONS—MANIFEST ERRORS.—Where there is no bill of exceptions, and it not appearing from the record that any error had been committed to justify a reversal of the judgment appealed from, the same may be affirmed.

The facts are stated in the opinion.

*Mr. Rossy, Fiscal,* for respondent.

The appellant failed to appear at the hearing.

MR. JUSTICE WOLF delivered the opinion of the court as follows:

This case was brought in the Municipal Court of Mayagüez where the first trial was held on the 26th day of August, ultimo; a second trial was held in the district court for that district on the 11th day of November, following, on the appeal taken by the said defendant from the sentence rendered by the municipal court, under which he was fined in the sum of $60, and in default thereof to be imprisoned for sixty days in jail. The district court under date of November 14, 1904, found the defendant guilty of the crime of embezzlement, and imposed upon him a fine of $80 and costs in both instances, or in default thereof to be imprisoned in jail, one day for each dollar unpaid.

An appeal to this court was taken by the said defendant, but in the record transmitted by reason of said appeal there is no copy of any material pleadings, except the complaint, nor is there any allegation made by the appellant of having

had no knowledge of the nature of the charges preferred against him.

There is no bill of exceptions and no record of the evidence introduced, and inasmuch as it does not appear from the record that any error has been committed by the court below in the rendition of its sentence the same should be affirmed with costs taxed against appellant.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández, Figueras and MacLeary concurred.